UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19-CR-00002-JRG-CLC |
| | ) | |
| DEVON MILES GUINN | ) | |

## **ORDER**

This matter is before the Court on United States Magistrate Judge Clifton L. Corker's Report and Recommendation [Doc. 25]. Magistrate Judge Corker recommends the Court deny Defendant's Motion to Suppress Evidence [Doc. 15]. None of the parties has timely objected to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

After carefully reviewing the record, the Court agrees with Magistrate Judge Corker's recommendation. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the Report and Recommendation, which the Court adopts and incorporates into this Order, Defendant's Motion to Suppress Evidence [Doc. 15] is **DENIED**.

So ordered.

ENTER:

                                                                             s/J. RONNIE GREER
                                              UNITED STATES DISTRICT JUDGE